UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY KENNEY,<br>    Plaintiff<br><br>V.<br><br>INTEGRATED DISABILITY RESOURCES,<br>INC. and JOHN HANCOCK LIFE<br>INSURANCE COMPANY,<br>    Defendants | CIVIL ACTION NO. 04CV11318RCL |

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

The defendants, pursuant to Local Rule 7.3, hereby make the following disclosures:

John Hancock Life Insurance Company is a wholly owned subsidiary of Manulife Financial Corporation.

Integrated Disability Resources, Inc. is a wholly owned subsidiary of IDR LLC.

INTEGRATED DISABILITY
RESOURCES, INC. and JOHN HANCOCK
LIFE INSURANCE COMPANY

By its attorneys,

Joseph M. Hamilton, BBO #546394
Kristina H. Allaire, BBO #646001
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502

Dated: 7 / 30 / 04

## CERTIFICATE OF SERVICE

I, Joseph M. Hamilton, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to Michael J. Kelley, Esq., 167 Milk Street, Suite 428, Boston, MA 02109.

Dated:

Joseph M. Hamilton

{H:\PA\Lit\19194\00002\A0725794.DOC}