UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

MARY KENNEY,
Plaintiff

V.

INTEGRATED DISABILITY RESOURCES, INC. and JOHN HANCOCK LIFE INSURANCE COMPANY,
Defendants

CIVIL ACTION NO. 04CV11318RCL

## ANSWER

1.  The defendants admit this is a claim for benefits governed by ERISA and that this court has jurisdiction of this matter. The defendants deny the remaining allegations of paragraph 1.

2.  The defendants do not have sufficient information to admit or deny the plaintiff's current residence. The defendants deny the remaining allegations of paragraph 2.

3.  The defendants admit that Integrated Disability Resources, Inc. is a corporation and has a place of business in Windsor, Connecticut. The defendants deny the remaining allegations of paragraph 3.

4.  The defendants states that on February 1, 2000 its name of John Hancock Mutual Life Insurance Company was changed to John Hancock Life Insurance Company ("John Hancock"). The defendants admit the remaining allegations of paragraph 4.

5.  The defendants admit John Hancock established a plan pursuant to the terms of ERISA (the "Plan") providing, among other things, long-term disability benefits and the Plan

was funded, in part, by Group Policy No. 1-GCC. The defendants deny the remaining allegations of paragraph 5.

6. The defendants admit the plaintiff was an employee of John Hancock and was a participant under the Plan.

7. The defendants admit that the plaintiff received benefits under the Plan from on or about March 15, 1991 until on or about June 2, 2003. The defendants deny the remaining allegations of paragraph 7.

8. The defendants admit the allegations of paragraph 8.

9. The defendants admit the allegations of paragraph 9.

10. The defendants deny the allegations of paragraph 10.

11. The defendants admit that a final decision has been reached and that the plaintiff has exhausted her administrative remedies.

12. The defendants deny the allegations of paragraph 12.

13. The defendants deny the allegations of paragraph 13.

14. The defendants deny the allegations of paragraph 14.

15. The defendants deny the allegations of paragraph 15.

16. The defendants deny the allegations of paragraph 16.

17. The defendants deny the allegations of paragraph 17.

18. The defendants deny the allegations of paragraph 18.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The plaintiff's Complaint fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

No benefits are due to the plaintiff since she is not totally disabled as defined by the Plan.

## THIRD AFFIRMATIVE DEFENSE

The plaintiff's claim is barred by the terms and conditions of the Plan.

## FOURTH AFFIRMATIVE DEFENSE

The plaintiff has failed to comply with all conditions precedent and necessary to receive benefits under the terms of the Plan.

## FIFTH AFFIRMATIVE DEFENSE

John Hancock fairly evaluated the plaintiff's claim for disability benefits and at all times acted in good faith in evaluating the plaintiff's claim for disability benefits.

## SIXTH AFFIRMATIVE DEFENSE

The decision rendered on the plaintiff's request for benefits was fair and reasonable in light of the information provided to it.

## SEVENTH AFFIRMATIVE DEFENSE

If benefits were ever owed to the plaintiff, such benefits have been paid, and no further benefits are owed to the plaintiff.

## EIGHTH AFFIRMATIVE DEFENSE

The decision on the plaintiff's claim for benefits was not arbitrary and capricious.

## NINTH AFFIRMATIVE DEFENSE

John Hancock did not carry out its duties in an arbitrary and capricious manner.

## TENTH AFFIRMATIVE DEFENSE

There is no cause of action against Integrated Disability Resources, Inc., as it is merely a third-party administrator of the ERISA plan provided by John Hancock to its employees.

JOHN HANCOCK LIFE INSURANCE COMPANY

By its attorneys,

_____
Joseph M. Hamilton, BBO #546394
Kristina H. Allaire, BBO #646001
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502

Dated: 7/30/09

## CERTIFICATE OF SERVICE

I, Joseph M. Hamilton, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to Michael J. Kelley, Esq., 167 Milk Street, Suite 428, Boston, MA 02109.

_____
Joseph M. Hamilton

Dated: 7/30/09