AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____
Massachusetts

Mary Kenney,
Plaintiff,

V.

Integrated Disability Resources Inc.
and John Hancock Life Insurance Company

Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**04 CV 11318 RCL**

TO: (Name and address of Defendant)
John Hancock Life Insurance Company
200 Clarendon Street
Boston, MA 02117
C/O Corporation Service Company
84 State Street
Boston, MA 02109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael J. Kelley, Esq.
167 Milk Street, Suite 428
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK  TONY ANASTAS

(By) DEPUTY CLERK

DATE  6-15-04

AO 440 (Rev. 8/01) Summons in a Civil Action



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

```
June 22, 2004
I hereby certify and return that on 6/18/2004 at 3:30:00 PM I served a true and
attested copy of the Summons and Complaint in this action in the following manner:
To wit, by delivering in hand to B.Montanez,Process Clerk,  for John Hancock Life
Insurance Company, at C/O Corporation Service System,  84 State Street,  Boston,
MA 02109. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Postage
and Handling ($1.00), Attest/Copies ($5.00) Total Charges $41.00
```

Deputy Sheriff   John Cotter

_____
Deputy Sheriff

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                   Date                   Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.