SCANNED

DATE: 9-27-04

BY: CMB

FILED
IN CLERKS OFFICE

2004 SEP 24 P 2: 49

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

Civil Action No: 04cv11318RCL

MARY KENNEY,

Plaintiff,

v.

INTEGRATED DISABILITY RESOURCE
INC. AND JOHN HANCOCK LIFE
INSURANCE COMPANY

Defendants.

**AFFIDAVIT OF SERVICE OF
PROCESS**

I, Michael James Kelley, state the following:

1.) The above captioned Defendant, Integrated Disability Resources Inc. was

served by personal service the attached summons by the Suffolk County

Sheriff's Office in the manner required by the Federal Rules of Civil

Procedure 4.

2.) The above captioned Defendant, John Hancock Life Insurance Company was

served by personal service the attached summons by the Suffolk County

Sheriff's Office in the manner required by the Federal Rules of Civil

Procedure 4.



Signed under the pains and penalties of perjury

Michael James Kelley, Esq.

On this ___24th___ day of ___September___ 20_04_ before me, the undersigned

notary public, personally appeared **Michael James Kelley** , proved

to me through satisfactory evidence of identification, which were _____

___ **Drivers License** ___ , to be the person

whose name is signed on the preceding or attached document, and acknowledged

to me that (he) (she) signed it voluntarily for its stated purpose.



(official signature and seal of Notary Public)

My commission expires: ___4\8\05___

KRISTIN LEE SAYER
Notary Public
Commonwealth of Massachusetts
My Commission Expires April 8, 2005