UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

MARY KENNEY,
    Plaintiff

V.

INTEGRATED DISABILITY RESOURCES, INC. and JOHN HANCOCK LIFE INSURANCE COMPANY,
    Defendants

CIVIL ACTION NO. 04CV11318RCL

**JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1**

Pursuant to Local Rule 16.1, the parties hereby file this joint statement.

This is an ERISA case. The plaintiff seeks to recover long-term disability benefits pursuant to a group policy issued by John Hancock Life Insurance Company ("John Hancock") as part of its employee welfare benefit plan.

John Hancock paid long-term disability benefits to the plaintiff from November 6, 1991 through June 2, 2003. John Hancock has denied the plaintiff's claim for long-term disability benefits beyond June 2, 2003.

ISSUES

1.    The plaintiff's claim was administered on behalf of John Hancock by Integrated Disability Resources, Inc. ("IDR"). John Hancock and IDR contend that IDR should be dismissed from this case, as its sole role was as the third-party administrator in connection with

the benefits plan provided by John Hancock to its employees, including the plaintiff. Ms. Kenney has refused to voluntarily dismiss IDR.

    2.    The defendants contend that the benefit plan gives John Hancock the discretion to decide claims and therefore the case must be reviewed under the arbitrary and capricious standard of review. The plaintiff contends that the de novo standard of review applies to this case.

    3.    Because this case is governed by ERISA, John Hancock contends that this Court's review of John Hancock's decision is based upon the Administrative Record. John Hancock has produced what it contends to be the Administrative Record. The plaintiff believes that the Administrative Record may be incomplete. The parties have agreed to attempt to resolve this matter without judicial intervention.

## PROPOSED PRETRIAL SCHEDULE

The parties propose the following pretrial schedule:

- Motions to join additional parties and to amend the pleadings must be filed by November 30, 2004.
- Summary judgment motions filed by February 28, 2005.

## TRIAL BY MAGISTRATE

Neither party consents to referral to a Magistrate Judge.

## CERTIFICATION

The defendants' certifications are attached hereto. The plaintiff's certification will be filed separately.

| MARY KENNEY | INTEGRATED DISABILITY RESOURCES, INC. and JOHN HANCOCK LIFE INSURANCE COMPANY |
|---|---|
| By her attorney, | By its attorneys, |
| ___/s/ Michael J. Kelley   (JMH)_____<br>Michael J. Kelley, BBO #567329<br>167 Milk Street, Suite 428<br>Boston, MA 02109<br>Phone:  (617) 523-1450<br>Fax:  (617) 523-6502 | _____/s/  Joseph M. Hamilton_____<br>Joseph M. Hamilton, BBO #546394<br>Kristina H. Allaire, BBO #646001<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>100 Front Street<br>Worcester, MA 01608-1477<br>Phone: (508) 791-8500<br>Fax: (508) 791-8502 |

Dated:   September 30, 2004