UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY KENNEY,<br>     Plaintiff<br><br>V.<br><br>INTEGRATED DISABILITY RESOURCES,<br>INC. and JOHN HANCOCK LIFE<br>INSURANCE COMPANY,<br>     Defendants | CIVIL ACTION NO. 04CV11318RCL |

## LOCAL RULE 16.1(D)(3) CERTIFICATION

We, Joseph M. Hamilton, attorney for defendants, Integrated Disability Resources, Inc. and John Hancock Life Insurance Company, and Ralph Diller, Esq., their authorized representative, hereby certify that we have conferred with respect to establishing a budget for the cost of conducting the full course, and various alternative courses of the litigation through the use of alternative dispute resolution programs including those outlined in Local Rule 16.4.

| | |
|---|---|
| _____/s/ Joseph M. Hamilton_____<br>Joseph M. Hamilton, BBO #546394<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>100 Front Street<br>Worcester, MA 01608-1477<br>Phone: (508) 791-8500<br>Fax:    (508) 791-8502 | _____/s/ Ralph Diller   (JMH)_____<br>Ralph Diller, Esq.<br>320 West Newberry Road<br>Bloomfield, CT 06002 |

Dated: September 30, 2004