UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

CIVIL ACTION NO. 04Cv11318-RCL

------------------------------------------------------------x

MARY KENNEY,

       Plaintiff,

v.

INTEGRATED DISABILITY RESOURCES, INC.
And JOHN HANCOCK LIFE INSURANCE CO.

       Defendants.

------------------------------------------------------------x

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 16.1(D)(3)

The Plaintiff, through his legal counsel, hereby certifies that he has conferred with a view to establishing a budget for costs of conducting the full course – and various alternative courses – of the litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

                                          Mary Kenney
                                          By her attorney,

                                          Michael James Kelley, Esq.
                                          167 Milk Street, Suite 428
                                          Boston, Massachusetts 02109
                                          617/ 523-1450
                                          BBO# 567329

Dated: September 30, 2004