UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY KENNEY,<br>          Plaintiff<br><br>V.<br><br>INTEGRATED DISABILITY RESOURCES,<br>INC. and JOHN HANCOCK LIFE<br>INSURANCE COMPANY,<br>          Defendants | CIVIL ACTION NO. 04CV11318RCL |

**DEFENDANTS' ASSENTED MOTION TO RESET SCHEDULING CONFERENCE**

The defendants, John Hancock Life Insurance Company and Integrated Disability Resources, Inc., request that the scheduling conference now set for October 21, 2004 be rescheduled for any afternoon during the week of October 25, 2004. In support of this motion, the defendants state as follows:

1. The scheduling conference was originally set for October 7, 2004.

2. This Court, on its own, reset the conference for October 21, 2004.

3. From October 19 through October 21, defendants' counsel is scheduled to be in Tennessee for depositions in the case of Leitzes v. Provident Life and Accident Insurance Company, Civil Action No. 03CV12170NMG. Pursuant to the scheduling order in that case, all non-expert depositions must be completed by October 31, 2004. These depositions have been scheduled for some time and all parties have made arrangements to be in Tennessee at that time for the depositions.

Counsel for Ms. Kenny and the defendants are available all afternoons the week of October 25, 2004 for the scheduling conference in this matter. The plaintiff assents to this motion.

{H:\PA\Lit\19194\00002\A0738344.DOC}

2

Assented to:

| MARY KENNEY | INTEGRATED DISABILITY RESOURCES, INC. and JOHN HANCOCK LIFE INSURANCE COMPANY |
|---|---|
| By her attorney, | By their attorney, |
| /s/ Michael J. Kelley | /s/ Joseph M. Hamilton |
| Michael J. Kelley, BBO #567329 | Joseph M. Hamilton, BBO #546394 |
| 167 Milk Street, Suite 428 | Mirick, O'Connell, DeMallie & Lougee, LLP |
| Boston, MA 02109 | 100 Front Street |
| Phone: (617) 523-1450 | Worcester, MA 01608-1477 |
| Fax:   (617) 523-6502 | Phone: (508) 791-8500 |
|  | Fax:   (508) 791-8502 |

Dated: October 13, 2004

## CERTIFICATE OF SERVICE

I, Joseph M. Hamilton, hereby certify that I have this day served a copy of the foregoing document, by first-class mail, postage prepaid, to Michael J. Kelley, Esq., 167 Milk Street, Suite 428, Boston, MA 02109.

    /s/ Joseph M. Hamilton
Joseph M. Hamilton

Dated: October 13, 2004