UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY KENNEY,<br>    Plaintiff<br><br>V.<br><br>INTEGRATED DISABILITY RESOURCES,<br>INC. and JOHN HANCOCK LIFE<br>INSURANCE COMPANY,<br>    Defendants | CIVIL ACTION NO. 04CV11318RCL |

JOINT MOTION TO EXTEND SUMMARY JUDGMENT DEADLINES

The parties hereby jointly move that the Court extend by one (1) week the deadlines for the filing of summary judgment motions, oppositions thereto, and replies.  The current deadline for the filing of summary judgment motions is February 28, 2005.  All three parties have been preparing such motions, however, a brief extension of time is needed to complete these motions.

WHEREFORE, the parties jointly request that the deadline for filing summary judgment motions be extended as follows:

Motions for summary judgment to be filed by March 7, 2005;

Oppositions to motions for summary judgment to be filed by March 22, 2005; and

2

Replies to be filed by April 8, 2005.

| MARY KENNEY | INTEGRATED DISABILITY RESOURCES, INC. and JOHN HANCOCK LIFE INSURANCE COMPANY |
|---|---|
| By her attorney, | By their attorneys, |
| ___/s/  Michael J. Kelley (EBG)_____ | ____/s/  Elizabeth L. B. Greene_____ |
| Michael J. Kelley, BBO #567329 | Joseph M. Hamilton, BBO #546394 |
| 167 Milk Street, Suite 428 | Elizabeth L. B. Greene, BBO #561456 |
| Boston, MA 02109 | Mirick, O'Connell, DeMallie & Lougee, LLP |
| Phone:  (617) 523-1450 | 100 Front Street |
| Fax:  (617) 523-6502 | Worcester, MA 01608-1477 |
|  | Phone: (508) 791-8500 |
|  | Fax: (508) 791-8502 |

Dated:  February 24, 2005