UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY KENNEY,<br>     Plaintiff<br><br>V.<br><br>INTEGRATED DISABILITY RESOURCES,<br>INC. and JOHN HANCOCK LIFE<br>INSURANCE COMPANY,<br>     Defendants | CIVIL ACTION NO. 04CV11318RCL |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please note the appearance of Elizabeth L. B. Greene on behalf of the defendants, Integrated Disability Resources, Inc. and John Hancock Life Insurance Company, in the above-entitled case.

INTEGRATED DISABILITY RESOURCES, INC. and JOHN HANCOCK LIFE INSURANCE COMPANY

By their attorneys,

/s/ Elizabeth L. B. Greene
Joseph M. Hamilton, BBO #546394
Elizabeth L. B. Greene, BBO #561456
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502

Dated: February 25, 2005

## CERTIFICATE OF SERVICE

I, Elizabeth L. B. Greene, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to Michael J. Kelley, Esq., 167 Milk Street, Suite 428, Boston, MA 02109.

/s/ Elizabeth L. B. Greene
Elizabeth L. B. Greene

Dated: February 25, 2005