UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY KENNEY,<br>    Plaintiff<br><br>V.<br><br>INTEGRATED DISABILITY RESOURCES,<br>INC. and JOHN HANCOCK LIFE<br>INSURANCE COMPANY,<br>    Defendants | CIVIL ACTION NO. 04CV11318RCL |

## INTEGRATED DISABILITY RESOURCES, INC.'S
## MOTION FOR SUMMARY JUDGMENT

Integrated Disability Resources, Inc. ("IDR") moves for entry of summary judgment in its favor and against Mary Kenny pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1.  As grounds for its motion, IDR states that in this ERISA action, it is the third-party administrator of the insurance policy that funded the employee welfare benefit plan that Ms. Kenny's employer, John Hancock, provided to its employees ("the Plan").  As such, it is not a proper defendant in this case.

The remedy Ms. Kenny seeks in this case, benefits under the policy, can only be obtained from John Hancock.  As the third-party administrator of the policy, IDR is not liable to suit from Ms. Kenny, a beneficiary of the Plan.  The only party who will be responsible to pay Ms. Kenny benefits if she prevails in this case is John Hancock, the co-defendant in this case.  At no time has John Hancock denied that it is the party responsible for paying benefits to Ms. Kenny if she is totally disabled as defined by the Plan.  Therefore, there is no reason for IDR to be a defendant in this case.

2

In further support of this motion, IDR submits the accompanying statement of material facts, memorandum of law, and Affidavit of Todd O'Rourke.

          INTEGRATED DISABILITY
          RESOURCES, INC.,

          By its attorneys,

          /s/ Elizabeth L. B. Greene
          Joseph M. Hamilton, BBO #546394
          Elizabeth L. B. Greene, BBO #561456
          Mirick, O'Connell, DeMallie & Lougee, LLP
          100 Front Street
          Worcester, MA 01608-1477
          Phone: (508) 791-8500
          Fax:   (508) 791-8502

Dated: March 4, 2005

## CERTIFICATE OF SERVICE

I, Elizabeth L. B. Greene, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to Michael J. Kelley, Esq., 167 Milk Street, Suite 428, Boston, MA 02109.

          /s/ Elizabeth L. B. Greene
          Elizabeth L. B. Greene

Dated: March 4, 2005