UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY KENNEY,<br>    Plaintiff<br><br>V.<br><br>INTEGRATED DISABILITY RESOURCES,<br>INC. and JOHN HANCOCK LIFE<br>INSURANCE COMPANY,<br>    Defendants | CIVIL ACTION NO. 04CV11318RCL |

### AFFIDAVIT OF TODD O'ROURKE

I, Todd O'Rourke, do hereby under oath depose and state the following:

1. I am employed by Integrated Disability Resources, Inc. ("IDR") as the Appeals Claim Manager. I have personal knowledge of the matters set forth herein.

2. IDR is a group disability risk and claim management service organization, and is the third-party administrator for Group Policy No. 1-GCC, the long-term disability policy issued by John Hancock Life Insurance Company ("the Policy") to fund the Group Insurance Plan ("Plan") provided by John Hancock for its employees. See Administrative Record, p. 42.

3. IDR is not, nor has it ever been, the insurer of the Policy, or the plan administrator for the Plan. In fact, the Plan states that John Hancock is the named fiduciary and administrator of the Plan for purpose of ERISA. (A.R., p. 43). The Plan also provides John Hancock may enter into agreements or designate other individuals to assist John Hancock in carrying out its responsibilities. (A.R., p. 43).

4. As third-party administrator for the Policy, IDR provides claims processing services. That is, based upon the language set forth in the Plan, IDR makes a determination as to whether a claim is payable under the terms of the Plan.

5. The services IDR provides relative to the Plan include:

- Performing an examination of a claim for benefits;
- Making claim determinations;
- Computing benefits;
- Issuing benefits;
- Furnishing insureds with an explanation of benefits;
- Recording accounting and statistical data regarding benefits payments.

6. While IDR processes claims under the Plan, it does not have any discretionary authority over the management of the Plan, nor does it have the authority to alter or waive any terms of the Plan. The funds used to pay claimants are ultimately from the insurer, not IDR.

Signed under the pains and penalties of perjury this 2nd day of March, 2005.

*/s/ Todd O'Rourke*
Todd O'Rourke
Appeals Claim Manager
Integrated Disability Resources, Inc.

Subscribed and Sworn to before me, a Notary Public, In and for County of Hartford and State of Connecticut, this 2nd day of March, 2005.

*/s/ Sharon L. Passaro*
Notary Public

SHARON L. PASSARO
*NOTARY PUBLIC*
MY COMMISSION EXPIRES NOV. 30, 2006

{H:\PA\Lit\19194\00002\A0771926.DOC}   2

**Certificate of Service**

I hereby certify that a true copy of this document was served upon the attorney of record for each party by (mail) hand fax on 3/4/05 *E. Gilene*.