UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY KENNEY,<br>        Plaintiff<br><br>V.<br><br>INTEGRATED DISABILITY RESOURCES,<br>INC. and JOHN HANCOCK LIFE<br>INSURANCE COMPANY,<br>        Defendants | CIVIL ACTION NO. 04CV11318RCL |

## INTEGRATED DISABILITY RESOURCES, INC.'S
## STATEMENT OF MATERIAL FACTS

1.      Integrated Disability Resources, Inc. ("IDR") is a group disability risk and claim management service organization.  Aff. Para. 2.[1]

2.      IDR is the third-party administrator for Group Policy No. 1-GCC, the long-term disability policy issued by John Hancock Life Insurance Company ("the Policy") to fund the Group Insurance Plan ("Plan") provided by John Hancock for its employees.  Aff. Para. 2; (00042).[2]

3.      Mary Kenny was an employee of John Hancock at the time she filed her claim for total disability benefits under the Plan.  (00141, 0011-118).

4.      IDR is not, nor has it ever been, the insurer of the Policy, or the plan administrator for the Plan.  Aff. Para. 3.

---

[1] Aff. Para. __ corresponds to the Affidavit of Todd O'Rourke which is submitted in support of IDR's motion for summary judgment.

[2] Numbers in parenthetical correspond to the Administrative Record which was submitted with John Hancock Life Insurance Company's motion for summary judgment.

5. The Plan states that John Hancock is the named fiduciary and administrator of the Plan for purpose of ERISA. Aff. Para. 3; (00043).

6. The Plan states that John Hancock may enter into agreements or designate other individuals to assist John Hancock in carrying out its responsibilities. Aff. Para. 3; (00043).

7. As third-party administrator for the Policy, IDR provides claims processing services. That is, based upon the language set forth in the Plan, IDR makes a determination as to whether a claim is payable under the terms of the Plan. Aff. Para. 4.

8. The services IDR provides relative to the Plan include:

- Performing an examination of a claim for benefits;
- Making claim determinations;
- Computing benefits;
- Issuing benefits;
- Furnishing insureds with an explanation of benefits;
- Recording accounting and statistical data regarding benefits payments.

Aff. Para. 5.

9. While IDR processes claims under the Plan, it does not have any discretionary authority over the management of the Plan, nor does it have the authority to alter or waive any terms of the Plan. Aff. Para. 6.

10. The funds used to pay claimants are ultimately from the insurer, not IDR. Aff. Para. 6.

INTEGRATED DISABILITY RESOURCES, INC.

By its attorneys,

/s/ Elizabeth L. B. Greene
---
Joseph M. Hamilton, BBO #546394
Elizabeth L. B. Greene, BBO #561456
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street, Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502

Dated: March 4, 2005

## CERTIFICATE OF SERVICE

    I, Elizabeth L. B. Greene, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to Michael J. Kelley, Esq., 167 Milk Street, Suite 428, Boston, MA 02109.

/s/ Elizabeth L. B. Greene
---
Elizabeth L. B. Greene

Dated: March 4, 2005