UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY KENNEY,<br>      Plaintiff<br><br>V.<br><br>INTEGRATED DISABILITY RESOURCES,<br>INC. and JOHN HANCOCK LIFE<br>INSURANCE COMPANY,<br>      Defendants | CIVIL ACTION NO. 04CV11318RCL |

## JOHN HANCOCK LIFE INSURANCE COMPANY'S
## MOTION FOR SUMMARY JUDGMENT

John Hancock Life Insurance Company ("John Hancock") moves for entry of summary judgment in its favor and against Mary Kenny pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1.  As grounds for its motion, John Hancock states that in this ERISA action, the administrative record reveals that John Hancock's decision to discontinue paying long-term disability benefits to Ms. Kenny in June 2003, was not arbitrary or capricious as a matter of law.  Indeed, John Hancock's decision was reasoned and supported by substantial evidence in the record.  John Hancock discontinued Ms. Kenny's benefits following an investigation that included extensive surveillance and a thorough independent medical review.  John Hancock determined that Ms. Kenny was not entitled to further long-term disability benefits under the Plan because she was no longer totally disabled from any occupation, as is required by the terms of the Plan.

{H:\PA\Lit\19194\00002\A0773424.DOC}

In further support of this motion, John Hancock submits the accompanying statement of material facts, the Administrative Record, the Affidavit of Todd O'Rourke and memorandum of law.

JOHN HANCOCK LIFE INSURANCE COMPANY,

By its attorneys,

/s/ Elizabeth L. B. Greene
Joseph M. Hamilton, BBO #546394
Elizabeth L. B. Greene, BBO #561456
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502

Dated: March 4, 2005

## CERTIFICATE OF SERVICE

I, Elizabeth L. B. Greene, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to Michael J. Kelley, Esq., 167 Milk Street, Suite 428, Boston, MA 02109.

/s/ Elizabeth L. B. Greene
Elizabeth L. B. Greene

Dated: March 4, 2005