UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY KENNEY,<br>    Plaintiff<br><br>V.<br><br>INTEGRATED DISABILITY RESOURCES,<br>INC. and JOHN HANCOCK LIFE<br>INSURANCE COMPANY,<br>    Defendants | CIVIL ACTION NO. 04CV11318RCL |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the document and attachments listed below have been manually filed with the Court and are available in paper form only:

<u>Affidavit of Todd O'Rourke and Administrative Record, which includes videotape.</u>

The original documents and videotape are maintained in the case file in the Clerk's Office.

2

                    INTEGRATED DISABILITY
                    RESOURCES, INC. and JOHN HANCOCK
                    LIFE INSURANCE COMPANY

                    By its attorney,

                    /s/ Elizabeth L. B. Greene
                    Joseph M. Hamilton, BBO #546394
                    Elizabeth L. B. Greene, BBO #561456
                    Mirick, O'Connell, DeMallie & Lougee, LLP
                    100 Front Street
                    Worcester, MA 01608-1477
                    Phone: (508) 791-8500
                    Fax:    (508) 791-8502

Dated: March 4, 2005

## CERTIFICATE OF SERVICE

     I, Elizabeth L. B. Greene, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to Michael J. Kelley, Esq., 167 Milk Street, Suite 428, Boston, MA 02109.

                    /s/ Elizabeth L. B. Greene
                    Elizabeth L. B. Greene

Dated: March 4, 2005