UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY KENNEY,<br>Plaintiff<br><br>V.<br><br>INTEGRATED DISABILITY RESOURCES,<br>INC. and JOHN HANCOCK LIFE<br>INSURANCE COMPANY,<br>Defendants | CIVIL ACTION NO. 04CV11318RCL |

### AFFIDAVIT OF TODD O'ROURKE

I, Todd O'Rourke, do hereby under oath depose and state the following:

1.  I am employed by Integrated Disability Resources, Inc. ("IDR") as the Appeals Claims Manager. I have personal knowledge of the matters set forth herein.

2.  Accompanying this affidavit is a true and accurate copy of the Administrative Record for the claim for disability benefits made by the plaintiff, Mary Kenny. The Administrative Record consists of a copy of the employee welfare benefit plan established by John Hancock, which was funded by Group Policy Number 1-GCC; and a copy of the claim file regarding Ms. Kenny's claim for benefits, including the surveillance videotape taken of Ms. Kenny.

Signed under the pains and penalties of perjury this 3rd day of March, 2005.

*[signature: Todd O'Rourke]*

Todd O'Rourke
Appeals Claim Manager
Integrated Disability Resources, Inc.

SHARON L. PASSARO
NOTARY PUBLIC
MY COMMISSION EXPIRES NOV. 30, 2006

{H:\PA\Lit\19194\00002\A0774361.DOC}

**Certificate of Service**

I hereby certify that a true copy of this document was served upon the attorney of record for each party by mail - hand - fax on 3/4/05 *E. Greene*