UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

Civil Action No: 04Cv11318-RCL

MARY KENNY, )
)
Plaintiff, )
v. )
)
INTEGRATED DISABILITY )
RESOURCES, Inc. and )
HANCOCK LIFE INSURANCE )
COMPANY )
)
Defendants. )

### PLAINTIFF'S MOTION FOR JUDGMENT

Plaintiff Mary Kenny moves for judgment for the reasons set forth in the accompanying Memorandum and hereby moves this Honorable Court to enter an order requiring the Defendants to reinstate her long term disability benefits.

### "REQUEST FOR ORAL ARGUMENT"

Wherefore, the Plaintiff respectfully requests that this Court enter:

1. An order for the Defendant's LTD Plan to pay to the Plaintiff all long term disability benefits accrued and unpaid; and

2. Imposition of such other penalties against the Defendant as deemed appropriate; and

3. Award attorney's fees and costs of this action and such other relief as deemed appropriate.

The Plaintiff
by her Attorney,

_____
Michael James Kelley, Esq.
BBO # 567329
44 School Street, 6th Floor
Boston, MA 02109
(617) 523-1450

Dated: Boston, Massachusetts
March 6, 2005

### Certificate of Service and Rule 7.1 Certificate

I hereby certify that a copy of the foregoing Motion and Memorandum have this day been mailed first class mail to defendant's attorney.

_____
Michael James Kelley, Esq.