# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04Cv11318-RCL

-----------------------------------------------------------x

MARY KENNY,

      **Plaintiff,**

v.

**INTEGRATED DISABILITY RESOURCES, Inc. and HANCOCK LIFE INSURANCE COMPANY**

      **Defendant.**

-----------------------------------------------------------x

## PLAINTIFF'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT

The Plaintiff requests the Honorable Court grant his Motion for Leave to exceed the page limit allowed pertinent to the Memorandum of Law in Support of Plaintiff's <u>Motion for Judgment</u> filed with the Court on March 7, 2005.

In support of the Plaintiff's request, his legal council states the Administrative Record in this matter exceeds one thousand pages and the memorandum in question contains seven pages of medical facts, which is the only vehicle for the Plaintiff to inform the Court of the merits of her request for review as trials are not generally granted in ERISA matters..

**WHEREFORE,** the plaintiff requests the Honorable Court allow the Plaintiff's Motion for Leave to exceed the page limit.

Mary Kenny
By her attorney,

Michael James Kelley, Esq.
44 School Street, 6th Floor
Boston, Massachusetts 02109
617/ 523-1450
BBO# 567329

Dated: March 7, 2005