LAW OFFICES OF
# MICHAEL JAMES KELLEY

**Office Hours**
44 School Street; 6th Floor
Boston, Massachusetts 02108

(617) 523-1450
(617) 523-6502 (Facsimile)
NEDisability@AOL.Com (Email)

**Reply to**
PO Box 961319
Boston, Massachusetts 02196

March 10, 2005

Lisa Hourihan, Clerk
Hon. Reginald C. Lindsay
United States District Court
Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   **Kenny v. Integrated Disability**
      **C.A. No.: 04Cv11318-RCL**

Dear Ms. Hourihan:

Please be advised that it has come to my attention that the memorandum filed by this office of Ms. Kenny behalf on March 7, 2005 was missing page 23. Therefore I am enclosing page 23 to be associated with the aforementioned Memorandum in Support for the Motion for Judgment.

Please contact this office for any clarifications that you may require.

Very truly yours,

Michael James Kelley, Esq.

MJK/

Therefore, Ms. Kenny's videotaped activity is well within the opinions of all the examining medical professionals as her impairment allows her to function normally sometimes but not consistently enough to allow the performance of substantial gainful activity. The insurer has not "caught" the blind man seeing and cannot terminate benefits without establishing how her limited and sporadic activity allows for the return to full employment and does not reflect a good day.

## CONCLUSION

Mary Kenny, respectfully requests that this Honorable Court find that the Defendant's decision to cease her LTD benefits as of June 2, 2003 unreasonable, as she proffered substantial medical evidence that she was disabled from severe chronic fatigue syndrome at all times relevant to this action.

For all of the foregoing reasons, Mary Kenny, respectfully requests that her Motion for Judgment be granted and the Defendants be ordered to pay benefits retroactive to June 2, 2003.

Dated: Boston, Massachusetts

March 6, 2005

Respectfully submitted,

Michael James Kelley, Esq.
BBO# 567329
44 School Street
Boston, MA 02108
Tel: (617) 523-1450

Certificate of Service and Rule 7.1 Certificate
===

I hereby certify that a copy of the foregoing page 23 of the Memorandum submitted to the Court on March 7, 2004 have this day been faxed to defendant's attorney.

_____
Michael James Kelley, Esq.