UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY KENNEY,<br>    Plaintiff<br><br>V.<br><br>INTEGRATED DISABILITY RESOURCES,<br>INC. and JOHN HANCOCK LIFE<br>INSURANCE COMPANY,<br>    Defendants | CIVIL ACTION NO. 04CV11318RCL |

### STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(1)(ii), hereby stipulate that all claims set forth in said action be dismissed with prejudice, without costs, and waiving all rights of appeal.

MARY KENNY

By her attorney,

_____
Michael J. Kelley, BBO #567329
44 School Street, 6th Floor
Boston, MA 02108
Phone: (617) 523-1450
Fax: (617) 523-6502

INTEGRATED DISABILITY RESOURCES,
INC. and JOHN HANCOCK LIFE
INSURANCE COMPANY

By their attorneys,

_____
Joseph M. Hamilton, BBO #546394
Elizabeth L. B. Greene, BBO #561456
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax: (508) 791-8502

Dated: 8/9/2005

{H:\PA\Lit\19194\00002\A0824687.DOC}